COMMONWEALTH of Pennsylvania, Appellant

v.

Joseph Walter DERHAMMER, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 22, 2015.

Decided May 25, 2016.

Frank P. Barletta, Esq., James L. McMonagle, Esq., Stefanie Joy Salavantis, Esq., Nancy Violi, Esq., Luzerne County Dist. Attorney's Office, for Commonwealth of Pennsylvania, Appellant.

Matthew Paul Kelly, Esq., for Joseph Walter Derhammer, Appellee.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of May, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**